# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| **v.** § | **CRIMINAL NO. 4:20-CR-18-ALM-CAN** |
| **MIGUEL ANGEL CERDA-RODRIGUEZ** § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 8, 2020, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #18) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months with no additional term of supervised release to follow. Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months with no additional term of supervised release to follow. This term of imprisonment is to be served consecutively to any other sentence defendant is currently serving. The Court recommends that Defendant be placed in the Federal Facility in Seagoville, if appropriate.

**IT IS SO ORDERED**.

SIGNED this 24th day of July, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE